1080

No. 00–890. REED v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 00–892. CORUGEDO PARTAGAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–894. MCKINNEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–897. GALAN, AKA PRADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–899. HAAS v. DAIMLERCHRYSLER CORP. ET AL. Ct. App. Minn. Certiorari denied.

No. 00–900. FULTZ v. ABB POWER T & D, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–901. HILTON v. CITY OF WHEELING ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–903. BLITCH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–912. FOWLKES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–918. MANGIERI v. MANGIERI, EXECUTOR OF THE ESTATE OF MANGIERI. C. A. 1st Cir. Certiorari denied.

No. 00–5029. LEGREE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5446. MARTINEZ-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5485. CORTEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5529. ALAHMAD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–5532. FELIPE GERMOSA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5591. VILLARREAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.